1  Leila H. Watson
2  B. Kristian W. Rasmussen, III
   **Cory, Watson, Crowder, & Degaris, P.C.**
3  2131 Magnolia Avenue
   Birmingham, Alabama 35205
4  Telephone: (205) 328-2200
   Facsimile: (205) 324-7896
5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11
   ┌─────────────────────────────────────────┐
12  IN RE: BEXTRA AND CELEBREX          )  **MDL NO. 1699**
    MARKETING SALES PRACTICES AND       )  **District Judge:  Charles R. Breyer**
13  PRODUCT LIABILITY LITIGATION        )
                                        )
14  ─────────────────────────────────── )
    This Document Relates To:           )
15                                      )
    *Tammie Bridgmon, Administrator of the Estate* )  **STIPULATION AND ORDER OF**
    *of Rose Smith, deceased v. Pfizer Inc*     )  **DISMISSAL WITH PREJUDICE**
16  (06-7394 CRB)                       )
                                        )
17  *Harmon David Kelley, et al. v. Pfizer Inc* )
    (06-3488 CRB)                       )
18                                      )
    *Randall Harrison, et al. v. Pfizer Inc*    )
19  (07-2032 CRB)                       )
                                        )
20  *Alvin F. Johnson, et al. v. Pfizer Inc*    )
    (07-1406 CRB)                       )
21                                      )
    *Lorenza Minor, et al. v. Pfizer Inc*       )
22  (07-1470 CRB)                       )
                                        )
23  *Stephen W. Morris, et al. v. Pfizer Inc*   )
    (07-2223 CRB)                       )
24                                      )
    *Marie A. Teal, individually v. Pfizer Inc, et al.* )
25  (08-1008 CRB)                       )

26          Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

27  the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

28

                                      -1-

                  STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
   EAST\42583498.1

1  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

2  each side bearing its own attorneys' fees and costs.

3

4

5

6  DATED: 10/3, 2009     By _____

7

8  **CORY, WATSON, CROWDER,**
   **& DEGARIS, P.C.**
   2131 Magnolia Avenue

9  Birmingham, Alabama 35205
   Telephone: (205) 328-2200

10  Facsimile: (205) 324-7896

11  *Attorneys for Plaintiffs*

12  DATED: Nov. 4, 2009     By: _____

13

14  **DLA PIPER LLP (US)**
   1251 Avenue of the Americas
   New York, New York 10020

15  Telephone: 212-335-4500
   Facsimile: 212-335-4501

16

17  *Defendants' Liaison Counsel*

18

19

20  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
   **IT IS SO ORDERED.**

21

22  Dated: NOV 1 3 2009     _____

23  Hon. Charles R. Breyer
   United States District Court

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42583498.1